# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RONALD M. LISAN, M.D. | CASE NO: 1:18 CV696 |
| Plaintiff | |
| | JUDGE PATRICIA GAUGHAN |
| VS. | |
| ROBERT WILKE, ACTING SECRETARY OF VETERANS AFFAIRS | PLAINTIFF'S INITIAL DISCLOSURES |
| Defendant | |

Rule 26 (a)(i)(A):

(i) Individuals:
    Those persons disclosed by Defendant
    Ronald Lisan
    Ronda Verb
    Murray Altose
    Susan Fuehrer
    Justina Onwughalu
    Laurie Frankite
    Charles Coner
    Kenneth Moss
    Brenda Spicer
    CRNA staff members
    Surgical staff members

The above individuals are either known to Defendant and/or identified in disclosure documents provided to Defendant.
    Defendants will supplement these disclosures as necessary.

(ii) Documents:
    All documents identified and/or produced by Defendant
    Documents produced by Plaintiff, RL 0001-0268
    Plaintiff will supplement these disclosures as needed.

(iii) Damages
    Plaintiff's costs, expenses and attorney fees

General noneconomic compensatory
damages for distress, upset, et cetera

These disclosures will be supplemented as needed

(iv) Insurance
    Plaintiff has no disclosures to make.

Respectfully Submitted

_____
**STEVEN A. SINDELL, ESQ. (0002508)**

**RACHEL SINDELL, ESQ.** (0078463)
Sindell and Sindell, LLP
23611 Chagrin Boulevard, Suite 227
Beachwood, Ohio 44122
Telephone: (216) 292-3393
Facsimile: (216) 292-3577
E-mail: info@sindellattorneys.com
Attorneys for Plaintiff

**Certificate of Service**

These disclosures were hand-delivered to Lisa Hammond Johnson, Attorney for Defendant, at West Superior Avenue, Suite 400, Cleveland, Ohio 44113 On September 28, 2018.

_____
Steven A. Sindell

2