**1**

1           IN THE UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

3    RONALD M. LISAN, M.D.,

4              Plaintiff,
                          JUDGE PATRICIA A. GAUGHAN
5       -vs-              CASE NO. 1:18-CV-00969

6    ROBERT WILKE, ACTING SECRETARY
     OF THE UNITED STATES DEPARTMENT
7    OF VETERANS AFFAIRS,

8              Defendant.

9                    -  -  -  -

10      Deposition of BRUCE KAFER, RN, MSN, taken as

11   if upon cross-examination before Pamela S.

12   Greenfield, a Certified Realtime Reporter,

13   Registered Diplomate Reporter and Notary Public

14   within and for the State of Ohio, at the offices

15   of Sindell & Sindell, LLP, 23611 Chagrin

16   Boulevard, Suite 227, Beachwood, Ohio, at

17   9:50 a.m. on Friday, March 8, 2019, pursuant to

18   notice and/or stipulations of counsel, on behalf

19   of the Plaintiff in this cause.

20                    -  -  -  -

21              MEHLER & HAGESTROM
                 Court Reporters
22
          CLEVELAND               AKRON
23   780 Skylight Office Tower  720 Akron Centre Plaza
      1660 West 2nd Street       50 South Main Street
24   Cleveland, Ohio 44113      Akron, Ohio 44308
          216.241.9000              330.535.7300
25              FAX 216.621.0050

EXHIBIT

**11**

**Bruce Kafer, RN, MSN - March 08, 2019**
**Deposition**

2

```
 1   APPEARANCES:

 2        Steven A. Sindell, Esq.
          Rachel Sindell, Esq.
 3        Sindell & Sindell, LLP
          23611 Chagrin Boulevard
 4        Suite 227
          Beachwood, Ohio  44122
 5        (216) 292-3393
          Info@SindellAttorneys.com,
 6
              On behalf of the Plaintiff;
 7
          Lisa Hammond Johnson, Esq.
 8        Ruchi Asher, Esq.
          Assistant United States Attorneys
 9        U.S. Department of Justice
          United States Attorney's Office
10        Northern District of Ohio
          United States Court House
11        801 West Superior Avenue
          Suite 400
12        Cleveland, Ohio  44113
          (216) 622-3679
13        Lisa.hammond.johnson@usdoj.gov
          Ruchi.Asher@usdoj.gov
14
               -and-
15
          Arlene T. Shively, Esq.
16        Deputy Chief Counsel
          United States Government
17        Department of Veterans Affairs
          441 Wolf Ledges Parkway
18        Suite 403
          Akron, Ohio 44311
19        (330) 258-8105
          Arlene.Shively@VA.gov,
20
              On behalf of the Defendant.
21
     ALSO PRESENT:
22
          Ronald Lisan, M.D.
23

24

25
```

**Mehler & Hagestrom**
**800.822.0650**

**Bruce Kafer, RN, MSN - March 08, 2019**
**Deposition**

151

1   Q.  Okay.  So the 18th the meeting was cancelled?

2   A.  No.

3   Q.  Here.  It's right here.

4   A.  January 11th.

5   Q.  I'm sorry.

6   A.  The meeting was cancelled.

7   Q.  You are correct.  The day before.  On January

8      11th the meeting was cancelled for January 12th,

9      the meeting that was set for January 12th,

10     correct?

11  A.  I think so.

12  Q.  Well, it says it, doesn't it?  10:00 a.m.?

13  A.  Oh.  Yeah.  Thursday.

14  Q.  Yes?

15  A.  Okay.  Yes.

16  Q.  And the cancellation letter refers to "our

17     meeting."  Would that have included Dr. Raphaely?

18  A.  Possibly.  It looks to be that way.

19  Q.  Okay.

20  A.  It would not be unusual for a supervisor to be in

21     a meeting with, related to RA.

22  Q.  Okay.  Who cancelled the meeting?

23  A.  I did.

24  Q.  Why?

25  A.  I don't recall exactly.  There was a conflict so

**Bruce Kafer, RN, MSN - March 08, 2019**
**Deposition**

152

1  I communicated as quickly as possible because I
2  know he's busy and Dr. Raphaely seemed to be able
3  to always find him, so...
4  Q. Okay. So on Wednesday the meeting for Thursday
5  is cancelled. The cancellation says that you're
6  going to reach out directly. You, Bruce Kafer --
7  A. Correct.
8  Q. -- "will reach out directly with what has been
9  decided based on your medical documentation;" is
10  that correct? That's what it says?
11 A. Correct. That's what it says.
12 Q. All right. Then the next day instead of a
13  meeting that had already been cancelled Ronald
14  Lisan writes the following to you:
15  "I was notified yesterday that the planned
16  meeting for my reasonable accommodation request
17  was cancelled - I was not given a reason why."
18  Did I read that correctly?
19 A. Yes, you did.
20 Q. Okay. And that's accurate. It was cancelled
21  yesterday, meaning on Wednesday the 11th of
22  January, right?
23 A. Yes.
24 Q. Then he writes, "That is currently a significant
25  issue, since I have received communication from