## LISAN v WILKE (VA) EXHIBIT LIST

## Deposition Exhibits:
**PLAINTIFF:**
**(Bonfili)**
1.    000441-446, 10/26/17 Bonfili affidavit
2.    1/11/17 Bonfili Report of Contact
3.    3/8/17 Bonfili Voluntary Witness Statement

**(Verb)**
4.    Verb Report of Contact
5.    00462-466, 10/19/17 Verb affidavit

**(Kafer)**
6.    Kafer Report of Investigation
7.    Kafer CV
8.    12/8/16 Raphaely "Questions" email to Lisan
9.    12/16/16 Marciano note to Roach
10.   12/19/16 Raphaely "Reasonable accommodations" email to Kafer, et al.
11.   11/27/13 VA Handbook 5975.1 "Essential Functions"
12.   11/27/13 VA Handbook 5975.1 "Denial of Reasonable Accommodation Requests"
13.   11/27/13 VA Handbook 5975.1 "Interactive Process"
14.   12/19/16 Kafer "VA Reasonable Accommodation Request" email to Lisan
15.   12/20/16 Kafer "Re: VA Reasonable Accommodation Request" email to Lisan
16.   12/23/16 Kafer "Medical Documentation Received" email to Lisan, et al.
17.   12/27/16 Request for Medical Documentation
18.   1/11/17 Raphaely "meeting CX" email to Lisan
19.   1/12/17 Raphaely/Lisan, et al. "February Call Schedule" email string
20.   1/12/17 Lisan 1/12/17 "Re: Meeting on Reasonable Accommodation" email to Kafer
21.   1/13/17 Lisan "Personal & Confidential - Information on Reasonable Accommodation
       Request & Meeting" email to Kafer
22.   Kafer letter to Lisan
23.   1/18/17 Kafer "Follow Up On Call" email to Lisan
24.   Costanzo Report of Contact
25.   Foster Report of Contact
26.   1/10/17 "Sexual Harassment Allegation Checklist"

**(Costanzo)**
27.   6/18/18 Spicer "Climate Assessment Report"
28.   10/27/17 Costanzo affidavit
29.   Costanzo report of contact for "Early 2015"
30.   Costanzo report of contract for "3/08/17"

# (LISAN v WILKE (VA) EXHIBIT LIST (CONT'D)

## Deposition Exhibits:
**PLAINTIFF:**
**Fuehrer (Volume I)**
31.    1/6/17 Sindell letter to Fuehrer/Altose
32.    3/19/19 Elaine Costanzo deposition transcript.
33.    1/10/17 "Sexual Harassment Allegation Checklist (Alleged Harasser)"
34.    Reports of Contact
35.    "Sexual Harassment Allegation Checklist (Alleged Victim)" form

**(Reese)**
36.    4/28/17 Reese/Lisan "Oral Reply" email string
37.    Kafer "Report of Investigation into Allegations of Sexual Harassment: CRNAs complaints against Ronald Lisan, MD to Medical Center Director
38.    Verb, Foster, Bonfili, Costanzo Reports of Contact
39.    1/10/17 "Sexual Harassment Allegation Checklist (Alleged Harasser)"
40.    "Sexual Harassment Allegation Checklist (Alleged Victim)"
41.    4/27/17 Lisan/Reese "Follow-Up on Yesterday's Conversation about EEO Interviews & Correction/Amendment of EEO Report, and Proposal of Suspension Against Me" email string
42.    3/9/17 Anesthesiology Service Chief "Written Warning" Memorandum to Lisan
43.    10/1/17 Lisan email to Sindell attaching 5/10-11/17 Lisan/Reese "Written Response to EEO version 3.8" email string

**(Bearss)**
44.    3/28/19 Tomica Jefferson letter to Ronald Lisan with attached 6/18/18 Spicer "Climate Assessment Report"
45.    2017 calendar
46.    5/10/17 Robert J. Bearss, CRNA letter To whom it may concern

**(Moss)**
47.    1/6/17 Sindell letter to Fuehrer and Altose Re: Kenneth S. Moss, M.D.
48.    2/22/17 Ontell-Silverman "incident in OR" email to Raphaely
49.    3/8/17 Raphaely Letter to Moss, Subject: Proposed Suspension
50.    5/18/17 Raphaely Letter to Moss, Subject: Rescission of Proposed Suspension
51.    5/18/17 Raphaely letter to Moss, Subject: Proposed Suspension
52.    August 2015 Anesthesia On Call Schedule
53.    3/22/18 Moss letter to Altose
54.    Signed and dated receipt of Moss letter to be delivered to Altose and Fuehrer
55.    2/22/17 Moss Report of Contact
56.    2/24/17 Moss Report of Contact
57.    Moss Handwritten notes
58.    Moss Handwritten notes

## LISAN v WILKE (VA) EXHIBIT LIST (CONT'D)

## Deposition Exhibits:
**PLAINTIFF:**
**(Altose)**
59. 2/24/17 Moss Report of Contact
60. Signed and dated receipt of Moss letter to be delivered to Altose and Fuehrer
61. 2/22/17 Moss Report of Contact
62. 2/22/17 Ontell-Silverman "incident in OR" email to Raphaely
63. 3/22/18 Moss letter to Altose
64. 3/20/17 Raphaely letter to Lisan, Subject: Proposed Suspension
65. "Response of Dr. Ron Lisan to Proposed Suspension at the Request of Dr. Raphaely (5-10-17)"
66. 3/9/17 Anesthesiology Service Chief "Written Warning" Memorandum to Lisan

**(Raphaely)**
67. Susan Raphaely Affidavit
68. Excerpts from the Deposition of Bruce Kafer, RN, MSN
69. 11/27/13 VA Handbook 5975.1 "Essential Functions"
70. 12/23/16 Ron Lisan letter to Dr. Kramer
71. 12/16/16 Marciano note to Roach
72. 12/27/16 Request for Medical Documentation
73. 11/27/13 VA Handbook 5975.1 "Interactive Process"
74. 3/20/17 Raphaely letter to Lisan, Subject: Proposed Suspension
75. 3/9/17 Anesthesiology Service Chief "Written Warning" Memorandum to Lisan

**Fuehrer (Volume II)**
76. Fuehrer 4/2/19 deposition excerpt
77. Bearss 4/5/19 deposition excerpt
78. 6/20/17 Fuehrer letter to Lisan
79. "Response of Dr. Ron Lisan to the Proposed Suspension at the Request of Dr. Raphaely (5-10-17)"
80. 3/20/17 Raphaely letter to Lisan
81. 6/15/17 Metzger letter to Sindell


WITNESSES INCLUDED IN THIS INDEX:
Karin Bonfili              3/7/19
Rhonda Verb                3/7/19
Bruce Kafer                3/8/19
Elaine Costanzo            3/19/19
Laurie Frankito            3/19/19

| | |
|---|---|
| Mark Myers | 3/20/19 |
| Charles Coner | 3/21/19 |
| Jessica Foster | 3/29/19 |
| Susan Fuehrer (Volume I) | 4/2/19 |
| LeShelle L. Reese | 4/3/19 |
| Robert J. Bearss | 4/5/19 |
| Kenneth Moss | 4/11/19 |
| Murray Altose | 4/12/19 |
| Susan Raphaely | 4/15/19 |
| Susan Fuehrer (Volume II) | 4/26/19 |

5/5/2019
Pam Greenfield, RDR, CRR/Dawn M. Fade, RMR
Mehler & Hagestrom