IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Ronald M. Lisan, M.D.,**

    **Plaintiff,**

**CASE NO. 1:18cv969**

**vs.**

**JUDGE PAMELA A. BARKER**

**Robert Wilkie,**
**Secretary of the United States**
**Dep't of Veteran Affairs,**

**JUDGMENT ENTRY**

    **Defendant.**

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Defendant's Motion for Summary Judgment (Doc. No. 29) is GRANTED.

The case is hereby TERMINATED.

**IT IS SO ORDERED.**

Dated: January 9, 2020

*s/Pamela A. Barker*
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE