UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD M. LISAN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-CV-0969 |
| | ) | |
| ROBERT WILKE, | ) | |
| ACTING SECRETARY OF THE UNITED STATES | ) | |
| DEPARTMENT OF VETERANS AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Ronald M. Lisan, M.D., hereby appeal to the United

States Court of Appeals for the Sixth Circuit from the final Order and Judgment Entry granting

Defendant's Motion for Summary Judgment, entered in this action on January 9, 2020.  (Doc #s

73 and 74.)

Respectfully submitted,

*/s/ Caryn M. Groedel*
Caryn M. Groedel (0060131)
CARYN GROEDEL & ASSOCIATES CO., LPA
31340 Solon Road, Suite 27
Cleveland, OH 44139
Telephone:  (440) 544-1122
Facsimile:   (440) 996-0064
cgroedel@groedel-law.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on this 5th day of February, 2020.  Notice of this filing will be sent by the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Caryn M. Groedel*
Caryn M. Groedel (0060131)
*Attorney for Plaintiff*

2