IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Ronald M. Lisan, M.D.,**

       **Plaintiff,**

vs.

**Robert Wilkie,**
**Secretary of the United States**
**Dep't of Veteran Affairs,**

       **Defendant.**

**CASE NO. 1:18cv969**

**JUDGE PAMELA A. BARKER**

**ORDER**

    Currently pending is Plaintiff Ronald Lisan, M.D.'s Motion for Leave to File Motion for Relief from Judgment and Motion to Vacate Judgment Entry, in excess of page limits. (Doc. No. 78.) Therein, Plaintiff seeks leave to file a 41-page Memorandum in Support of his Motion for Relief from Judgment under Fed. R. Civ. P. 60(b). Plaintiff's Motion is granted in part and denied in part, as follows. This matter is a standard track case, which is subject to a page limit of 20 pages for dispositive motions under Local Rule 7.1(f). Plaintiff's request more than doubles the page limit for dispositive motions and is beyond even the page limit for complex cases. Plaintiff has failed to sufficiently articulate the need for such a lengthy post-judgment motion, particularly given the fact that "Rule 60(b) does not allow a defeated litigant a second chance to convince the court to rule in his or her favor by presenting new explanations, legal theories, or proof." *Tyler v. Anderson*, 749 F.3d 499, 509 (6th Cir. 2014); *see Jinks v. Allied Signal, Inc*., 250 F.3d 381, 385 (6th Cir. 2001).

    The Court will, however, allow Plaintiff an additional five pages to set forth his argument. Accordingly, Plaintiff's Motion (Doc. No. 78) is granted to the extent he will be permitted to file a 25-page Memorandum in Support of his Motion for Relief from Judgment. Plaintiff's Motion is

denied in all other respects.

**IT IS SO ORDERED.**

Dated: March 9, 2020                    *s/Pamela A. Barker*
                                        PAMELA A. BARKER
                                        UNITED STATES DISTRICT JUDGE