# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 20-3134

---

Filed: January 04, 2021

RONALD M. LISAN, M.D.

    Plaintiff - Appellant

1:18cv969 - PAB

v.

ROBERT WILKIE, Secretary of the United States Department of Veteran Affairs

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 11/12/2020 the mandate for this case hereby issues today. Affirmed

COSTS: None